IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>*Defendant*. | Civil Action No. 21-3207 (UNA) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated March 10, 2022, Defendant, the Federal Trade Commission (the "FTC") and Plaintiff, Americans for Prosperity Foundation, by and through their respective counsel, hereby submit this joint status report. This case concerns Plaintiff's October 14, 2021, request under the Freedom of Information Act ("FOIA") for FTC records.

As the parties reported in their last Joint Status Report, the FTC made its fifth and final production of all responsive and non-exempt records to Plaintiff on September 1, 2022, however, because Plaintiff was not able to access the FTC's production, the FTC re-released that production electronically through alternative means. Plaintiff, through counsel, confirmed access to the production on September 6, 2022.

Plaintiff continues to review the FTC's productions to determine whether Plaintiff has any issues or objections with regard to the FTC's productions.  In that regard, Plaintiff has provided the FTC with an initial list of issues concerning four of the five agency productions.  The parties intend to confer in good faith and attempt to resolve any disagreements without the need for judicial intervention.

1

2

As required by the Court's March 10, 2022 Minute Order, the parties intend to file a further joint status report in approximately sixty days, or by January 6, 2022.

| | |
|---|---|
| Date: November 7, 2022 | Respectfully submitted, |
| */s/ Ryan P. Mulvey* | MATTHEW M. GRAVES, D.C. Bar. #481052 |
| Ryan P. Mulvey | United States Attorney |
| D.C. Bar No. 1024362 | |
| Eric R. Bolinder | BRIAN P. HUDAK |
| D.C. Bar No. 1028335 | Chief, Civil Division |
| | |
| AMERICANS FOR PROSPERITY | By:   */s/ Anna D. Walker* |
| FOUNDATION | ANNA D. WALKER |
| 1310 North Courthouse Road, Suite 700 | Assistant United States Attorney |
| Arlington, VA 22201 | 601 D Street, N.W. |
| Telephone: (571) 444-2841 | Washington, District of Columbia 20530 |
| rmulvey@afphq.org | Telephone: (202) 252-2567 |
| ebolinder@afphq.org | anna.walker@usdoj.gov |
| | |
| *Counsel for Plaintiff AFPF* | *Counsel for Defendant* |