UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, <br><br> *Plaintiff,* <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> *Defendant*. | Civil Action No. 21-3207 (ACR) |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE**

By and through undersigned counsel, Plaintiff Americans for Prosperity Foundation

("AFPF") and Defendant, Federal Trade Commission ("FTC") hereby submit this joint motion

for entry of a briefing schedule for Defendant's anticipated motion for protective order.  Pursuant

to Local Civil Rule 7(m), the parties conferred and jointly consent to the relief requested herein.

Should this motion be granted, the schedule for Defendant's anticipated motion for protective

order will be as follows:

- FTC's motion for protective order due on or before June 9, 2023

- AFPF's opposition due on or before June 30, 2023

- FTC's reply due on or before July 21, 2023

Good cause exists to grant this request.  On December 8, 2021, AFPF filed this Freedom

of Information Act ("FOIA") case seeking to compel the release of records responsive to AFPF's

October 14, 2021 FOIA request to the FTC.  *See* Compl., ECF No. 1.  The FTC completed an

initial production of responsive, non-exempt agency records, after which, AFPF provided the FTC

with a list of issues concerning their treatment.  The FTC responded to AFPF's list of issues on February 27, 2023 and also released additional material on February 17, 2023.

On February 28, 2023, the FTC notified AFPF that the agency believed it had inadvertently disclosed part of a record containing attorney work-product and deliberative process communications, which should have been redacted under Exemption 5 of the FOIA. The FTC asked AFPF to promptly sequester and destroy all copies of the earlier version of the record and replace it with a redacted version.  Three days later AFPF confirmed that it would keep the contested record secure until the parties either reached agreement on its disposition or the Court ruled on any relevant motion.

On March 6, 2023, AFPF reiterated to the FTC that it would not destroy the version of the record previously disclosed by the agency, but as a courtesy would continue to sequester the record until the Court's disposition of any clawback motion the FTC decides to file with the Court.  The parties then conferred on the source of their disagreement, on what authority the FTC could seek relief, and the appropriate mechanism for seeking such relief.

In April 2023, the FTC asked if AFPF would, alternatively, enter into a protective order that prohibits AFPF from disseminating and using the contested record pending final outcome on the merits of all claims in this case.  The parties, having reached an impasse, agreed to brief the issue and seek leave for entry of a briefing schedule as proposed at the outset of this joint motion.

Accordingly, the parties, now request that the Court enter their joint proposed schedule governing the parties' briefing with regard to the FTC's anticipated motion.

A separate order consistent with the relief requested herein is attached.

*     *     *

Date: June 1, 2023                                    Respectfully submitted,

*/s/ Ryan P. Mulvey*                                  MATTHEW M. GRAVES, D.C. Bar. #481052
Ryan P. Mulvey                                        United States Attorney
D.C. Bar No. 1024362
Eric R. Bolinder                                      BRIAN P. HUDAK
D.C. Bar No. 1028335                                  Chief, Civil Division

AMERICANS FOR PROSPERITY                              By:      */s/ Anna D. Walker*
FOUNDATION                                            ANNA D. WALKER
1310 North Courthouse Road, Suite 700                 Assistant United States Attorney
Arlington, VA 22201                                   601 D Street, N.W.
Telephone: (571) 444-2841                             Washington, District of Columbia 20530
rmulvey@afphq.org                                     Telephone: (202) 252-2567
ebolinder@afphq.org                                   anna.walker@usdoj.gov

*Counsel for Plaintiff AFPF*                           *Counsel for the United States of America*