UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERTITY FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>*Defendant*. | Civil Action No. 21-3207 (ACR) |

## **UNOPPOSED MOTION TO AMEND JOINT MOTION FOR BRIEFING SCHEDULE**

Defendant, Federal Trade Commission ("FTC"), by and through undersigned counsel, hereby submits this unopposed motion to amend the proposed briefing schedule contained in the parties' Joint Motion for Entry of a Briefing Schedule by one-week. *See* ECF No. 23. The parties' Joint Motion for Entry of a Briefing Schedule is currently pending, therefore, this motion, seeks to amend the relief requested in that pending motion by amending the joint proposed briefing schedule contained therein. Pursuant to Local Civil Rule 7(m), the parties conferred and Plaintiff, through counsel, does not oppose this motion to amend the parties' Joint Motion for Entry of a Briefing Schedule by amending the proposed briefing schedule contained therein. Should this motion to amend be granted, the proposed briefing schedule for Defendant's anticipated motion for protective order is as follows:

- FTC's motion for protective order due on or before June 16, 2023
- AFPF's opposition due on or before July 7, 2023
- FTC's reply due on or before July 28, 2023

Good cause exists to grant this request. As described in the parties' Joint Motion for Entry of a Briefing Schedule, in April 2023, the FTC asked if AFPF would enter into a protective order that prohibits AFPF from disseminating and using a record that the FTC believed it had inadvertently disclosed. *See* ECF No. 23. After reaching an impasse, the parties agreed to brief the issue and seek leave for entry of a briefing schedule. *See id.* On June 1, 2023, the parties filed a joint motion for entry of briefing schedule for the FTC's anticipated motion for protective order. *See id.* That motion is currently pending with the Court.

According to that proposed briefing schedule, the FTC's deadline to file its motion for protective is June 9, 2023. *See id.* Since entering that briefing schedule, undersigned counsel for Defendant has been working diligently to finalize the FTC's anticipated motion for protective order by the June 9, 2023 deadline, but was unexpectedly out of the office for family reasons on June 7 and 8, 2023. Defendant, therefore, needs a reasonable amount of additional time to finalize its motion for protective order in light of undersigned counsel's unexpected leave and a heavy docket. To account for these scheduling changes, undersigned counsel, contacted Plaintiff's counsel on June 8, 2023, to ask if Plaintiff would be agreeable to amending the proposed briefing schedule contained in the parties' Joint Motion for Entry of Briefing Schedule by one week, which Plaintiff, through counsel did not oppose.

Accordingly, Defendant, therefore, now files this unopposed motion to amend the parties' Joint Motion for Entry of a Briefing Schedule by amending the proposed briefing schedule contained therein by one-week, ECF No. 23, as proposed at the outset of this motion.

Although this request to amend a proposed briefing schedule does not seek to amend any deadline that has yet been entered by the Court, the undersigned recognizes that this request to amended a pending proposed briefing schedule is, nonetheless, made two days in advance of the

first deadline contained in the original proposed briefing schedule.  *See* ECF No. 23.  Undersigned counsel was unexpectedly out of the office for family reasons and is filing this motion as soon as possible after the parties met and conferred on the relief herein.  Nonetheless, undersigned counsel apologizes to the Court for any inconvenience caused by filing this motion to amend a proposed briefing schedule two days before the first deadline contained in that proposed schedule.

A separate order consistent with the relief requested herein is attached.

*   *   *

Date: June 7, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar. #481052
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　By:   */s/ Anna D. Walker*
　　　　　　　　　　　　　　　　　　ANNA D. WALKER
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20530
　　　　　　　　　　　　　　　　　　Telephone: (202) 252-2567
　　　　　　　　　　　　　　　　　　anna.walker@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for the United States of America*