UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>*Defendant*. | Civil Action No. 21-3207 (ACR) |

**JOINT RENEWED MOTION FOR ENTRY OF BRIEFING SCHEDULE**

By and through undersigned counsel, Plaintiff Americans for Prosperity Foundation ("AFPF") and Defendant Federal Trade Commission ("FTC") hereby submit this joint renewed motion for entry of a briefing schedule for Defendant's anticipated motion for "claw back" order and for a protective order, in the alternative. Pursuant to Local Civil Rule 7(m), and this Court's June 7, 2023 Minute Order, the parties have met and conferred over email and in-person and jointly consent to renewing the relief requested herein.

The background of the parties' disagreement is set forth, in large part, in their initial joint motion for entry of a briefing schedule. *See* ECF No. 23. Following the parties' satisfaction of the Court's June 7, 2023 Minute Order, which directed them "to meet and confer in person to resolve their disagreement over the contested record," the parties have not been able "to resolve [the] issue regarding the non-dissemination of document(s) that one party contends to be privileged and confidential pending the outcome of the case," and instead remained at an impasse. June 6 Min. Order. Accordingly, the parties renew their motion and propose the following briefing schedule:

- FTC's motion for "claw back" order and for a protective order, in the alternative is due on or before July 7, 2023

- AFPF's opposition due on or before July 28, 2023

- FTC's reply due on or before August 18, 2023

Good cause exists to grant this request. The parties conferred in-person at AFPF's offices in Arlington, VA on June 23, 2023. In the end, however, they continue to fundamentally disagree as to whether the FTC is entitled to the "claw back" order or "protective order." Thus, to allow time for the FTC to seek the relief it requests, and to allow adequate time for the parties to address the legal issues at play, while also accommodating for counsels' litigation schedules, the parties respectfully request that the Court enter their joint proposed schedule.

*   *   *

A separate order consistent with the relief requested herein will be submitted to the Court pursuant to the Court's instructions on its website.

Date: July 6, 2023                                   Respectfully submitted,

| | |
|---|---|
| /s/ Ryan P. Mulvey | MATTHEW M. GRAVES, D.C. Bar. #481052 |
| Ryan P. Mulvey | United States Attorney |
| D.C. Bar No. 1024362 | |
| Lee A. Steven | BRIAN P. HUDAK |
| D.C. Bar No. 468543 | Chief, Civil Division |
| | |
| AMERICANS FOR PROSPERITY FOUNDATION | By:   /s/ Anna D. Walker |
| | ANNA D. WALKER |
| 1310 North Courthouse Road, Suite 700 | Assistant United States Attorney |
| Arlington, VA 22201 | 601 D Street, N.W. |
| Telephone: (571) 444-2841 | Washington, District of Columbia 20530 |
| rmulvey@afphq.org | Telephone: (202) 252-2567 |
| ebolinder@afphq.org | anna.walker@usdoj.gov |
| | |
| *Counsel for Plaintiff AFPF* | *Counsel for the United States of America* |