UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Civil Action No. 21-3207 (ACR) ) |
| FEDERAL TRADE COMMISSION, | ) ) |
| *Defendant*. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated April 10, 2023, Plaintiff Americans for Prosperity Foundation ("AFPF") and Defendant Federal Trade Commission ("FTC") hereby submit this joint status report.

1. AFPF filed this Freedom of Information Act ("FOIA") case on December 8, 2021. *See* Compl., ECF No. 1.

2. As previously reported, *see, e.g.*, Joint Status Report, ECF No. 21, the FTC completed an initial production of responsive, non-exempt agency records. AFPF reviewed those records and provided the FTC with a list of issues concerning their treatment. The FTC responded to AFPF's list of issues on February 27, 2023. The agency also released additional material on February 17, 2023.

3. AFPF reviewed the records re-processed by the FTC, as well as the agency's voluntary responses, and raised further issues for the FTC's consideration. The FTC responded to AFPF's second list of issues on August 4, 2023. The agency also made a second supplemental production on June 16, 2023.

4.  The parties will continue to confer in good faith to narrow the scope of their dispute over the treatment of responsive records and thus avoid the need for judicial intervention.

5.  With respect to one record that the FTC maintains was inadvertently disclosed, the parties are conferring with each other and with the Court to schedule a pre-motion conference. *See* July 31, 2023 Min. Order.

6.  As permitted by the Court's Standing Order, the parties have agreed to submit their next joint status report on or before October 6, 2023. At that time, they will advise the Court of the status of their negotiations and, if necessary, propose a schedule for further proceedings.

| | |
|---|---|
| Dated: August 7, 2023 | Respectfully submitted, |
| */s/ Ryan P. Mulvey* <br> Ryan P. Mulvey <br> D.C. Bar No. 1024362 <br> Lee A. Steven <br> D.C. Bar No. 468543 <br><br> AMERICANS FOR PROSPERITY FOUNDATION <br> 1310 North Courthouse Road, Suite 700 <br> Arlington, VA 22201 <br> Telephone: (571) 444-2841 <br> rmulvey@afphq.org <br> lsteven@afphq.org <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES <br> D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: */s/ Anna D. Walker* <br> ANNA D. WALKER <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 252-2567 <br> anna.walker@usdoj.gov <br><br> *Counsel for the United States of America* |