UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> *Defendant*. | Civil Action No. 21-3207 (ACR) |

## PLAINTIFF'S NOTICE

Plaintiff Americans for Prosperity Foundation ("AFPF") hereby respectfully provides the Court with notice of AFPF's position on the Court's proposal for the use of the Contested Record during the remainder of this Freedom of Information Act ("FOIA") case.

During the pre-motion conference held on August 17, 2023, and in subsequent correspondence with the parties, the Court proposed that, in exchange for AFPF agreeing to keep the Contested Record private pending the resolution of any summary judgment proceedings, AFPF would be free to use the Contested Record (filed under seal) as an exhibit to, and for argument in, its summary judgment briefs.[1]  AFPF's also understands that, under the Court's proposal, the specific question of "clawback" would be briefed as part of the same summary judgment proceedings, assuming Defendant Federal Trade Commission were still desirous of such relief.

AFPF is amenable to this proposal and accepts.

---

[1] AFPF respectfully reiterates that even prior to the Court's July 7, 2023 Minute Order, it had kept (and intended to continue to keep) the Contested Record sequestered and confidential—as it promised Defendant it would do—pending the resolution of any motion concerning the document's disposition. *See, e.g.*, J. Mot. for Entry of Briefing Schedule at 2, ECF 23.

Dated: August 18, 2023

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Lee A. Steven
D.C. Bar No. 468543

AMERICANS FOR PROSPERITY
FOUNDATION
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 444-2841
rmulvey@afphq.org
lsteven@afphq.org

*Counsel for Plaintiff*