UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>*Defendant*. | Civil Action No. 21-3207 (ACR) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated April 10, 2023, Plaintiff Americans for Prosperity Foundation ("AFPF") and Defendant Federal Trade Commission ("FTC") hereby submit this joint status report.

1. AFPF filed this Freedom of Information Act ("FOIA") case on December 8, 2021. *See* Compl., ECF No. 1.

2. As previously reported, *see, e.g.*, Joint Status Report, ECF No. 30, the FTC completed an initial production of responsive, non-exempt agency records and released additional material on February 17, 2023 and June 16, 2023. The parties have conferred extensively to narrow the scope of issues that remain as to these productions and on October 5, 2023, Plaintiff submitted a list of pages containing the remaining withholdings that Plaintiff is still seeking to challenge at this time. Plaintiff also advised the FTC that it does not seek to challenge and therefore waives any issue regarding the adequacy of the FTC's search for responsive records in this case.

3. The FTC will now review the list of pages that remain at issue in this case and the withholdings contained therein in an effort to further narrow any disputes between the parties in

this matter. To further assist these efforts, the FTC will also prepare a draft *Vaughn* Index for Plaintiff's review as to the remaining pages that Plaintiff still seeks to challenge.

4. On August 17, 2023, the Court also held a pre-motion conference to address relief sought concerning one record that the FTC maintains was inadvertently disclosed, after which, the parties agreed that in exchange for Plaintiff keeping the contested record private pending the resolution of any summary judgment proceeding, Plaintiff would be free to use the contested record (filed under seal) in its summary judgment briefs and that the FTC could likewise brief its position that the document should be clawed-back at the same time. *See* ECF No. 31.

5. As permitted by the Court's Standing Order, the parties have agreed to submit their next joint status report on or before January 9, 2024 to allow time for the FTC to prepare its draft *Vaughn* Index. At that time, they will advise the Court of the status of their negotiations and, if necessary, propose a schedule for further proceedings.

| | |
|---|---|
| Dated: October 6, 2023 | Respectfully submitted, |
| */s/ Ryan P. Mulvey* <br> Ryan P. Mulvey <br> D.C. Bar No. 1024362 <br> Lee A. Steven <br> D.C. Bar No. 468543 <br><br> AMERICANS FOR PROSPERITY FOUNDATION <br> 1310 North Courthouse Road, Suite 700 <br> Arlington, VA 22201 <br> Telephone: (571) 444-2841 <br> rmulvey@afphq.org <br> lsteven@afphq.org <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES <br> D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: */s/ Anna D. Walker* <br> ANNA D. WALKER <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 252-2567 <br> anna.walker@usdoj.gov <br><br> *Counsel for the United States of America* |